

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00335-CV

JUAN ANTONIO CORONADO, FRANCISCO SOLIZ RAMIREZ, ROBERTO RIVERA III, RUBEN  CONTRERAS
v.
PETER ZAVALETTA

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2008-03-1636-E

## JUDGMENT

THE  THIRTEENTH  COURT  OF  APPEALS,  having  considered  this  cause  on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 17, 2014